BLD-281

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2001
_____

MARY VALESTINE MILLER TURNER, M.ED,
                                                                           Appellant

v.

PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS; MR. ROBERT GASKINS,
CHIEF OF HUMAN RESOURCES; MRS. DELFREIDA HUDSON
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-16-cv-04524)
District Judge: Honorable Gerald J. Pappert
_____

Submitted on Appellees' Motion for Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 15, 2017

Before: AMBRO, GREENAWAY, Jr., and SCIRICA, Circuit Judges

_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on appellees' motion for summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on June 15, 2017. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on March 31, 2017, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: August 8, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** August 30, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**